# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>ADAM MACLAURY<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  1:21-MJ-225 _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____2/1/2021 - 7/1/2021_____ in the city/county of _____Fairfax County_____

in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 922(g); 924(a)(1)(A); 26 U.S.C. § 5861 | Possession of firearm by unlawful user of controlled substance; false statement on firearms purchase forms; possession of an unregistered firearm |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

_____
Complainant's signature

| AUSA Zoe Bedell | FBI Special Agent Jason Jankovitz |
|---|---|
| *Printed name and title* | *Printed name and title* |

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephone
_____ (specify reliable electronic means).

Date: _____

John F. Anderson  Digitally signed by John F. Anderson
Date: 2021.07.02 13:39:18 -04'00'
_____
*Judge's signature*

City and state:  Alexandria, Virginia                    Hon. John F. Anderson, Magistrate Judge
                                                          *Printed name and title*