**Criminal Case Cover Sheet**                          **FILED:** | REDACTED |                      **U.S. District Court**

**Place of Offense:**          ☐ **Under Seal**                              **Judge Assigned:** | Hon. John F. Anderson |

City: | McLean |          Superseding Indictment: | |          **Criminal No.** | |

County: | Fairfax |          Same Defendant: | |          New Defendant: | |

Magistrate Judge Case No. | 1-21-MJ-225 |          **Arraignment Date:** | |

Search Warrant Case No. | |          R. 20/R. 40 From: | |

**Defendant Information:**

**Defendant Name:** | Adam MacLaury |          Alias(es): | |          ☐ Juvenile   FBI No. | |

**Address:** | XXXX Greensboro Dr, McLean, Virginia |

Employment: | |

**Birth Date:** | XX/XX/1994 |   **SSN:** | |   **Sex:** | Male |   Race: | White |   Nationality: | United States |

**Place of Birth:** | |   Height: | 70in |   Weight: | 145lbs |   Hair: | Brown |   Eyes: | |   Scars/Tattoos: | |

☐ **Interpreter**   **Language/Dialect:** | English |   Auto Description: | |

**Location/Status:**

**Arrest Date:** | |          ☐ Already in Federal Custody as of: | |   in: | |

☐ Already in State Custody          ☐ On Pretrial Release          ☒ Not in Custody

☐ Arrest Warrant Requested          ☐ Fugitive          ☐ Summons Requested

☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond | |

**Defense Counsel Information:**

**Name:** | |          ☐ Court Appointed   Counsel Conflicts: | |

Address: | |          ☐ Retained          | |

Phone: | |          ☐ Public Defender          ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

**AUSA(s):** | Zoe Bedell |          **Phone:** | 703-299-3773 |   Bar No. | |

**Complainant Agency - Address & Phone No. or Person & Title:**

| Federal Bureau of Investigation, Special Agent Jason Jankovitz |

| **U.S.C. Citations:** | **Code/Section** | **Offense Charged** | **Count(s)** | **Capital/Felony/Misd./Petty** |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. §§ 922(g) | possession of firearm by unlawful us | 1 | Felony |
| Set 2: | 924(a)(1)(A) | false statement on firearms purchase | 1 | Felony |
| **Date:** | 7/2/2021 | **AUSA Signature:** /s/ Zoe Bedell | | *may be continued on reverse* |

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 26 U.S.C. § 5861 | possession of an unregistered firearm | 1 | Felony |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form          Reset Form