

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM MACLAURY,<br><br>Defendant. | Case No. 1:21-CR-248 |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### Count 1

(Possession of firearm as a prohibited person)

On or about June 2, 2021, in the Eastern District of Virginia, the defendant, ADAM MACLAURY, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, that is, a Sig Sauer P365 9mm caliber pistol, serial number 66B533130, said firearm having been shipped and transported in interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(3).)

## FORFEITURE NOTICE

Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, the defendant, ADAM MACLAURY, is hereby notified that, if convicted of the single offense alleged in the Criminal Information, MACLAURY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition used in, involved in, or related to the violation. This property includes, but is not limited to, the following:

(a) A Sig Sauer P365 9mm caliber pistol, serial number 66B410022, and any accompanying magazines and ammunition;

(b) a Sig Sauer P365 9mm caliber pistol, serial number 66B533130, and any accompanying magazines and ammunition; and

(c) a Colt Defense short-barreled rifle, serial number LE479961, and any accompanying magazines and ammunition.

Pursuant to Title 21, United States Code, Section 853(p), MACLAURY, shall forfeit substitute property, if, by any act or omission of the defendant, the property referenced above or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(Pursuant to Title 18, United States Code, Section 924(d)(1); Title 28, United States Code, Section 2461(c); fand Rule 32.2(a) of the Federal Rules of Criminal Procedure.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____
Zoe Bedell
Thomas W. Traxler
Assistant United States Attorneys